IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Campbell, Charquette C

Printed: 11/11/08

Case Number: 07 B 11119
Judge: Hollis, Pamela S
Filed: 6/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 29, 2008
Confirmed: October 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,291.53 |  |
| Secured: |  | 3,549.37 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,314.00 |
| Trustee Fee: |  | 428.16 |
| Other Funds: |  | 0.00 |
| Totals: | 7,291.53 | 7,291.53 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 3,314.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 4. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 6. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 7. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 8. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 9. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 10. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 11. | New Century Mortgage | Secured | 18,670.66 | 2,017.03 |
| 12. | Ocwen Federal Bank FSB | Secured | 2,247.17 | 561.26 |
| 13. | Chase Manhattan Mortgage Corp | Secured | 3,888.00 | 971.08 |
| 14. | Internal Revenue Service | Priority | 12,085.98 | 0.00 |
| 15. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 919.54 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 600.68 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 1,974.43 | 0.00 |
| 19. | B-Real LLC | Unsecured | 3,916.35 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 1,750.61 | 0.00 |
| 21. | Chase | Unsecured | 4,984.66 | 0.00 |
| 22. | Chrysler Financial | Unsecured | 3,694.03 | 0.00 |
| 23. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 24. | HB Rhodes Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 58,046.11 | $ 6,863.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Campbell, Charquette C

Printed: 11/11/08

Case Number:  07 B 11119
Judge:  Hollis, Pamela S
Filed:  6/21/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 224.72 |
| 6.5% | 203.44 |
|  | $ 428.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

